JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| RONALD WELCH, | Case No. EDCV 11-0740-MLG |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action is dismissed with prejudice.

DATED: February 29, 2012

*MARC L. GOLDMAN*
_____
MARC L. GOLDMAN
United States Magistrate Judge