UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RONALD WELCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. ED CV 11-0740-DFM<br><br>JUDGMENT |

　　　The Court having received the Mandate of the Ninth Circuit Court of Appeals,

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is REMANDED to the Commissioner of Social Security for further consideration of the evidence that Plaintiff timely filed his request for review and either to explain her decision dismissing the request or to treat it as timely.

Dated: February 14, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge